O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WALTER LUCHIE,                          )        CASE NO. ED CV 09-02269 VBF (RZ)
                                        )
                    Petitioner,         )
                                        )        ORDER ACCEPTING FINDINGS AND
          vs.                           )        RECOMMENDATIONS OF UNITED
                                        )        STATES MAGISTRATE JUDGE
ANTHONY HEDGEPATH, WARDEN,              )
                                        )
                    Respondent.         )
                                        )

          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge.  Petitioner has not filed any written objections to the Report.  The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: 2/8/11


_Valerie Baker Fairbank_

_____
          VALERIE BAKER FAIRBANK
          UNITED STATES DISTRICT JUDGE