**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER LUCHIE,<br><br>   Petitioner,<br><br>  vs.<br><br>ANTHONY HEDGEPATH, WARDEN,<br><br>   Respondent. | CASE NO. ED CV 09-02269 VBF (RZ)<br><br>JUDGMENT |

  This matter came before the Court on the Petition of WALTER LUCHIE, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

  IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 2/8/11

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE